UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOME, et al.,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-1063 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE IN FULL WITHIN 30 DAYS<br><br>(Docs. 2, 7) |

　　　　James Carl Kelly is seeking to hold defendants liable for constitutional violations and seeks to proceed *in forma pauperis* in this action. (Doc. 2.) The magistrate judge found Plaintiff is subject to the three strikes bar of 28 U.S.C. § 1915. (Doc. 7 at 2.) In addition, the magistrate judge found Plaintiff did not allege facts supporting a conclusion that he is in "imminent danger of serious physical injury." (*Id.* at 3-4.) Because the claims alleged did not meet the "imminent danger" exception provided under Section 1915(g), the magistrate judge recommended Plaintiff be denied leave to proceed *in forma pauperis* and be ordered to pay the filing fee in full within 30 days. (*Id.* at 5.)

　　　　The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 7 at 5.) The Court advised Plaintiff the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and

1  the time to do so has passed.

2  According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued September 10, 2024 (Doc. 7) are **ADOPTED** in full.
2. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **DENIED**.
3. Plaintiff **SHALL** pay the full $405 filing fee for this action within 30 days of the date of service of this order. Failure to pay the filing fee will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: __**October 16, 2024**__                         _Jennifer L. Thurston_
                                                        UNITED STATES DISTRICT JUDGE