UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>            Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOME, et al.,<br><br>            Defendants. | Case No.: 1:24-cv-01063 JLT SKO<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY FILING FEE<br><br>(Doc. 8) |

The Court found Plaintiff is subject to the three strikes bar of 28 U.S.C. § 1915.  (Doc. 8.)  However, Plaintiff has not paid the filing fee, despite a warning that failure to do so would result in dismissal.  (*Id.* at 2.)  Without such payment, the action cannot proceed.  *See Saddozai v. Davis*, 35 F.4th 705 (9th Cir. 2022) (when subject to the three strikes bar, "the prisoner must pay the whole filing fee up front before bringing another lawsuit").  Thus, the Court **ORDERS**:

1. Plaintiff's complaint is **DISMISSED** without prejudice.
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **November 23, 2024**

UNITED STATES DISTRICT JUDGE